IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ADVANCED DISPOSAL
SERVICES JACKSONVILLE,
L.L.C., ADVANCED DISPOSAL
SERVICES, LLC, and
ADVANCED DISPOSAL
SERVICES, INC.,

       Appellants,

v.

JWG INCORPORATED, d/b/a
FAMOUS SANDWICHES,
BANNI, INC., d/b/a ALL
AMERICAN HOT DOGS,
J.Y.J.A., INC., d/b/a FAMOUS
SANDWICHES,

       Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2419

Opinion filed March 9, 2016.

An appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

Edward McCarthy, III, Cristine M. Russell, and E. Carson Lange of Rogers Towers Bailey Jones Gay, Jacksonville, and Rik S. Tozzi of Burr & Forman LLP, pro hac vice, Birmingham, Alabama, for Appellants.

John S. Kalil, Jacksonville, Robert G. Methvin, Jr., pro hac vice, and J. Matthew Stephens of McCallum, Methvin & Terrell, P.C., Birmingham, Alabama, for Appellees.

PER CURIAM.

AFFIRMED.

THOMAS and KELSEY, JJ., and STONE, WILLIAM, F., ASSOCIATE JUDGE, CONCUR.